1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, 10th Floor
   San Francisco, California  94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-7169
7  Email: edward.olsen@usdoj.gov

8  Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 10/6/05*

| | |
|---|---|
| PERLITO CAPILI SULIT and ESTELA SULIT, | Case No. C 05-0958-RMW |
| Petitioners, | **STIPULATION TO A BRIEFING SCHEDULE AND          ORDER** |
| v. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; CHARLES DEMORE, District Director, Immigration and Customs Enforcement; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement; and ALBERTO GONZALES, Attorney General of the United States, | |
| Respondents. | |

The petitioners, by and through their attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval by this Court, to the following briefing schedule on whether this Court must transfer the above-entitled habeas case to the United States Court of Appeals for the Ninth Circuit:

Petitioner's Brief:            September 23, 2005

Respondents' Reply:          October 14, 2005

STIPULATION TO A BRIEFING SCHEDULE
C 05-0958-RMW                                                                                      1

Dated: August 22, 2005                              Respectfully submitted,

                                                KEVIN V. RYAN
                                                United States Attorney

                                                /s/
                                                EDWARD A. OLSEN[1]
                                                Assistant United States Attorney

Dated: August 22,                                    /s/
                                                JAMES TODD BENNETT
                                                Attorney for Petitioners

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/6/05                                       /S/ RONALD M. WHYTE
                                                RONALD M. WHYTE
                                                United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Bennett and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO A BRIEFING SCHEDULE
C 05-0958-RMW