KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, 10th Floor
   San Francisco, California  94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169
   Email: edward.olsen@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/21/05*

| | |
|---|---|
| PERLITO CAPILI SULIT and ESTELA SULIT, | Case No. C 05-0958-RMW |
| Petitioners, | **STIPULATION TO EXTENSION OF TIME FOR RESPONDENTS TO FILE THEIR REPLY; AND ORDER** |
| v. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; CHARLES DEMORE, District Director, Immigration and Customs Enforcement; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement; and ALBERTO GONZALES, Attorney General of the United States, | |
| Respondents. | |

The petitioners, by and through their attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval by this Court, to a two-week extension of time for the respondents to file their reply to the petitioners' opposition to the respondents' request that this Court transfer the above-entitled habeas case to the United States Court of Appeals for the Ninth Circuit pursuant to the REAL ID Act.  The respondents will file their reply on or before October 28, 2005.

| | | |
|---|---|---|
| Dated: October 14, 2005 | | Respectfully submitted, |
| | | KEVIN V. RYAN<br>United States Attorney |
| | | /s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney |
| Dated: October 14, 2005 | | /s/<br>JAMES TODD BENNETT<br>Attorney for Petitioners |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/21/05                    /S/ RONALD M. WHYTE
                                  RONALD M. WHYTE
                                  United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Bennett and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO EXTENSION OF TIME TO FILE REPLY
C 05-0958-RMW                                                                      2