SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, California  94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927
   Email: edward.olsen@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION   *E-FILED - 8/24/07*

| | |
|---|---|
| PERLITO CAPILI SULIT and ESTELA SULIT,<br><br>           Petitioners,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security, CHARLES DEMORE, District Director, Immigration and Customs Enforcement, NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement, and ALBERTO GONZALES, Attorney General of the United States,<br><br>           Respondents. | Case No. C 05-0958-RMW<br><br>**STIPULATION TO TRANSFER CASE TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; AND [] ORDER** |

    The petitioners filed the above-entitled petition for writ of habeas corpus on March 7, 2005, alleging, *inter alia*, that the Board of Immigration Appeals' (BIA) entry of a deportation order in the first instance is *ultra vires*, thereby rendering the BIA's March 26, 1996 deportation order a nullity.

    On November 7, 2005, this Court granted the respondents' unopposed request to hold the case in abeyance pending resolution of an appeal before the United States Court of Appeals for the Ninth Circuit in *Lolong v. Gonzales*, No. 03-72384, because the parties anticipated that in that case

STIPULATION TO TRANSFER HABEAS CASE TO NINTH CIRCUIT COURT OF APPEALS
C 05-0958-RMW   1

the Ninth Circuit would address: (1) whether the courts of appeals or the district courts have jurisdiction to review the type of claim that petitioner raises in this action, and (2) whether the BIA acts *ultra vires* when it issues a removal order in the first instance rather than remanding to the Immigration Judge for entry of a removal order after there has been an admission or finding of removability.

The Ninth Circuit issued its decision in *Lolong* on May 7, 2007.[1] In *Lolong*, the Court of Appeals assumed jurisdiction and rejected the petitioner's argument that the BIA acted *ultra vires* when it entered a removal order in the first instance. *Lolong v. Gonzales*, 484 F.3d 1173 (9th Cir. 2007) (en banc). The court held that where "the IJ has previously determined that the alien is removable, but grants cancellation of removal, the BIA's decision to reverse the cancellation of removal reinstates the initial finding of removability, which, under the statute, is effectively an order of removal. *Lolong*, 484 F.3d at 1178.

The respondents believe that *Lolong* disposes of the petitioners' claim that the BIA *acted ultra* vires when it entered the petitioners' March 26, 1996 deportation order. The petitioner believes that *Lolong* is not controlling since the present action involves a different statutory and regulatory scheme in deportation proceedings commenced and completed before the enactment of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996.

The parties agree that this case must be transferred to the Ninth Circuit pursuant to the REAL ID Act of 2005, which provides that habeas petitions pending in district courts on the effective date of the Act shall be transferred to the court of appeals to be treated as petitions for review. *See* Pub. L. No. 109-13, § 106(c), 119 Stat. 231, 311 (May 11, 2005); *Puri v. Gonzales*, 464 F.3d 1038, 1041 (9th Cir. 2006).

The parties agree that, pending the transfer of the proceedings to the Court of Appeals for the Ninth Circuit and until issuance of notice of docketing of the petition for review, the respondents agree not to deport the petitioners from the United States.

---

[1] The mandate issued on June 29, 2007.

STIPULATION TO TRANSFER HABEAS CASE TO NINTH CIRCUIT COURT OF APPEALS
C 05-0958-RMW                                                                                          2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 22, 2007 | Respectfully submitted, |
| 3 | | SCOTT N. SCHOOLS |
| 4 | | United States Attorney |
| 5 | | /s/ |
| 6 | | EDWARD A. OLSEN<br>Assistant United States Attorney |

Dated: August 22, 2007            /s/
                                  JAMES TODD BENNETT
                                  Attorney for Petitioners

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/24/07            _/s/ Ronald M. Whyte_____
                          RONALD M. WHYTE
                          United States District Judge